**Opinion issued December 29, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00741-CV

———————————

**LEESA WENDT YENSEN, Appellant**

**V.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee**

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Case No. 2020-018**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion for voluntary dismissal of her appeal. *See* TEX. R. APP. P. 42.2(a). The Court has not yet issued a decision in this appeal.

Accordingly, we grant appellant's motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Countiss.